DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBYN GABE,**
Appellant,

v.

**21ST CENTURY CENTENNIAL INSURANCE COMPANY,**
Appellee.

No. 4D18-2110

[July 11, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502014CA002264XXXXMB.

Andrew A. Harris and Adam Richardson of Burlington & Rockenbach, P.A., West Palm Beach, and Jason D. Weisser of Schuler, Halvorson, Weisser, Zoeller & Overbeck, West Palm Beach, for appellant.

Rosemary B. Wilder of Marlow Adler Abrams Newman & Lewis, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., KUNTZ, J., and BOATWRIGHT, JOE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***